FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 08, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAIME MUNOZ,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | No.  1:18-cv-03067-SMJ<br><br>**ORDER DISMISSING CASE** |

On April 8, 2019, the parties filed a Stipulation for Dismissal, ECF No. 26. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

  **1.**  The parties' Stipulation for Dismissal, **ECF No. 26**, is **GRANTED**.

  **2.**  All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

  **3.**  All pending motions are **DENIED AS MOOT**.

  **4.**  All hearings and other deadlines are **STRICKEN**.

  **5.**  The Clerk's Office is directed to **CLOSE** this file.

//

ORDER DISMISSING CASE **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 8th day of April 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2